**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LINDA A. PETRANCOSTA and PAUL PETRANCOSTA, Individually and as Husband and Wife, | CIVIL ACTION NO. 3:12-0677 |
| Plaintiffs, | (JUDGE CAPUTO) |
| v. | |
| JAVED I. MALIK, M.D., et al., | |
| Defendants. | |

**ORDER**

**NOW**, this 18th day of April, 2012, **IT IS HEREBY ORDERED** that Plaintiffs Linda and Paul Petrancosta are given leave to file an amended complaint within **twenty-one (21) days** from the date of this order. If the Plaintiffs fail to do so, the action will be dismissed.

    /s/ A. Richard Caputo
    A. Richard Caputo
    United States District Judge